IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:25cr537-ECM-CWB |
| | ) | [26 U.S.C. § 7206(1); |
| CARLOTTA ELAINE LAMPLEY | ) | 26 U.S.C. § 7206(2)] |
| | ) | |
| | ) | INDICTMENT |

The grand jury charges:

At all times relevant to this indictment:

1. The defendant, Carlotta Elaine Lampley, operated a tax preparation business under the name C&C Tax Service in Dothan, Alabama, within the Middle District of Alabama.

2. A U.S. Individual Tax Return, IRS Form 1040 ("Form 1040") or Form 1040A, was used by individual U.S. taxpayers to file an annual income tax return. U.S. taxpayers were required to report all taxable income to the Internal Revenue Service.

3. A Schedule C (Form 1040) is used to report income or loss from a business operated or a profession practiced as a sole proprietor.

4. Using Form 7202, eligible employers were entitled to claim tax credits (called "Paid Sick and Family Leave Credit") for wages paid for certain leave taken by employees related to the COVID–19 pandemic to recover from any injury, disability, illness, or condition related to the vaccinations. Certain self-employed individuals could claim equivalent benefits.

5. Filing status is used to determine a taxpayer's filing requirements, standard deduction, eligibility for certain credits, and a taxpayer's correct tax. The five filing statuses are: Single, Married Filing Jointly, Married Filing Separately, Head of Household, and Qualifying Surviving Spouse.

COUNT 1
(Making and subscribing a false tax return)

6. The factual allegations contained in paragraphs 1 through 2 of this indictment are realleged and incorporated herein as if copied verbatim.

7. On or about January 15, 2021, in Houston County, in the Middle District of Alabama, and elsewhere, the defendant,

CARLOTTA ELAINE LAMPLEY,

willfully made and subscribed a U.S. Individual Tax Return Form 1040 for the tax year 2020, which was verified by a written declaration that it was made under the penalties of perjury and which she did not believe to be true and correct as to every material matter. Specifically, that income tax return, which was filed with the Internal Revenue Service, reported total income of $25,941, whereas, as she then knew, she received taxable income from C&C Tax Service in addition to the income amounts stated in the return, in violation of Title 26, United States Code, Section 7206(1).

COUNT 2
(Making and subscribing a false tax return)

8. The factual allegations contained in paragraphs 1 through 2 of this indictment are realleged and incorporated herein as if copied verbatim.

9. On or about March 10, 2023, in Houston County, in the Middle District of Alabama, and elsewhere, the defendant,

CARLOTTA ELAINE LAMPLEY,

willfully made and subscribed a U.S. Individual Tax Return Form 1040 for the tax year 2022, which was verified by a written declaration that it was made under the penalties of perjury and which she did not believe to be true and correct as to every material matter. Specifically, that

income tax return, which was filed with the Internal Revenue Service, reported total income of $23,342, whereas, as she then knew, she received taxable income from C&C Tax Service in addition to the income amounts stated in the return, in violation of Title 26, United States Code, Section 7206(1).

COUNT 3
(Aiding and assisting in the filing of a false tax return)

10. The factual allegations contained in paragraphs 1 through 2 of this indictment are realleged and incorporated herein as if copied verbatim.

11. On or about April 15, 2024, in Houston County, in the Middle District of Alabama, and elsewhere, the defendant,

CARLOTTA ELAINE LAMPLEY,

willfully made and subscribed a U.S. Individual Tax Return Form 1040 for the tax year 2023, which was verified by a written declaration that it was made under the penalties of perjury and which she did not believe to be true and correct as to every material matter. Specifically, that income tax return, which was filed with the Internal Revenue Service, reported total income of $52,343, whereas, as she then knew, she received taxable income from C&C Tax Service in addition to the income amounts stated in the return, in violation of Title 26, United States Code, Section 7206(2).

COUNTS 4–22
(Aiding and assisting in the filing of a false tax return)

12. The factual allegations contained in paragraphs 1 through 5 of this indictment are realleged and incorporated herein as if copied verbatim.

13. On or about the dates set forth below, in Dothan, Alabama, within the Middle District of Alabama, the defendant,

CARLOTTA ELAINE LAMPLEY,

willfully aided and assisted, and procured, counseled, and advised the preparation of and presentation to the Internal Revenue Service of a U.S. Individual Tax Return Form 1040 for taxpayers, identified by their initials, and calendar years listed below, which were false and fraudulent as to material matters, as Carlotta Elaine Lampley then knew, including, but not limited to, those set forth below:

| **Count** | **On or about date transmitted to the IRS** | **Tax Return** | **False statements as to material matters** |
|---|---|---|---|
| 4 | 1/15/2021 | 2020 Form 1040 for A.D.B. | Form 7202 Paid Sick and Family Leave Credit in the amount of $1,560 and Schedule C profit in the amount of $14,650 |
| 5 | 1/22/2023 | 2022 Form 1040 for A.D.B. | Schedule C loss in the amount of $21,860 |
| 6 | 3/28/2024 | 2023 Form 1040 for A.D.B. | Schedule C loss in the amount of $12,024 |
| 7 | 1/31/2022 | 2021 Form 1040 for A.B. | Form 7202 Paid Sick and Family Leave Credit in the amount of $1,560 and Schedule C profit in the amount of $7,860 |
| 8 | 1/23/2023 | 2022 Form 1040 for A.B. | 1040 Other Earned Income of $16,600 |
| 9 | 1/10/2024 | 2023 Form 1040 for A.B. | 1040 Other Earned Income of $19,520 and Schedule C profit in the amount of $201 |
| 10 | 3/15/2022 | 2021 Form 1040 for B.B. | Form 7202 Paid Sick and Family Leave Credit in the amount of $5,650 and Schedule C loss in the amount of $8,910 |
| 11 | 3/14/2023 | 2022 Form 1040 for B.B. | Schedule C loss in the amount of $13,882 |
| 12 | 4/14/2022 | 2021 Form 1040 for D. & J. L. | Form 7202 Paid Sick and Family Leave Credit in the amount of $12,940 and Schedule C loss in the amount of $5,568 |

| | | | |
|---|---|---|---|
| 13 | 1/15/2021 | 2020 Form 1040 for F.W. | Form 7202 Paid Sick and Family Leave Credit in the amount of $2,400 and Schedule C profit in the amount of $14,620 |
| 14 | 1/2/2023 | 2022 Form 1040 for F.W. | 1040 Other Earned Income of $4,255 |
| 15 | 1/18/2024 | 2023 Form 1040 for F.W. | 1040 Filing Status of Head of Household |
| 16 | 2/16/2022 | 2021 Form 1040 for J.P. | Form 7202 Paid Sick and Family Leave Credit in the amount of $9,110 and Schedule C loss in the amount of $9,960 |
| 17 | 2/4/2023 | 2022 Form 1040 for J.P. | Schedule C loss in the amount of $18,920 |
| 18 | 1/28/2022 | 2021 Form 1040 for P.L. | Schedule C loss in the amount of $16,491 |
| 19 | 1/26/2023 | 2022 Form 1040 for P.L. | Schedule C loss in the amount of $17,170 |
| 20 | 1/3/2022 | 2021 Form 1040 for A.W. | Schedule C profit in the amount of $12,105 |
| 21 | 2/2/2023 | 2022 Form 1040 for A.W. | 1040 Other Earned Income of $10,900 |
| 22 | 1/23/2024 | 2023 Form 1040 for A.W. | Schedule C profit in the amount of $1,820 |

All in violation of Title 26, United States Code, Section 7206(2).

A TRUE BILL:

[redacted]

Foreperson

KEVIN P. DAVIDSON
ACTING UNITED STATES ATTORNEY

Christine Levi
Assistant United States Attorney